# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Scott Murphy et al, <br><br> Plaintiffs, <br><br> v. <br><br> Global Credit & Collection Corporation, <br><br> Defendant. | Case No. 2:09-cv-425-RL-PRC <br><br><br> **NOTICE OF SETTLEMENT** |

Now come the plaintiffs, by and through counsel, to give notice that all parties have reached a settlement of the above-captioned matter.  The parties expect to file a Stipulation of Dismissal within 30 days.

                          RESPECTFULLY SUBMITTED,

                          Macey & Aleman, P.C.

                          By: /s/ Timothy J. Sostrin
                              Timothy J. Sostrin
                              233 S. Wacker, Suite 5150
                              Chicago, IL 60606
                              Telephone:  866-339-1156
                              Email:  tjs@legalhelpers.com
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2010, I electronically filed a copy of the foregoing Notice and that a copy of the same will be sent to the following via the Court's CM/ECF system:

James W. Riley, Jr.
Riley Bennett & Egloff, LLP
jriley@rbelaw.com

                                              */s/ Timothy J. Sostrin*