UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| SCOTT MURPHY AND PATRICIA MURPHY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO: 2:09-CV-425 |
| GLOBAL CREDIT AND COLLECTION CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come now Plaintiffs, Scott Murphy and Patricia Murphy, by counsel, and comes Defendant, Global Credit and Collection Corporation, by counsel, and stipulate and agree to the dismissal of all claims in this action, with prejudice, costs paid.

| MACEY & ALEMAN, P.C. | RILEY BENNETT & EGLOFF, LLP |
|---|---|
| s/ Timothy J. Sostrin<br>Timothy J. Sostrin<br>233 S. Wacker<br>Sears Tower, Suite 5150<br>Chicago, IL  60606<br>(866) 339-1156<br>tjs@legalhelpers.com<br><br>*Attorneys for Plaintiffs,*<br>*Scott Murphy and*<br>*Patricia Murphy* | s/ James W. Riley, Jr. (with authority)<br>James W. Riley, Jr.<br>141 E. Washington Street<br>Fourth Floor<br>Indianapolis, IN  46204<br>(317) 636-8000<br>jriley@rbelaw.com<br><br>*Attorneys for Defendant,*<br>*Global Credit and Collection Corporation* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2010, I electronically filed the foregoing Stipulation and the Court's CM/ECF system will deliver notice of the same to the following:

James W. Riley, Jr.
RILEY BENNETT & EGLOFF, LLP
jriley@rbelaw.com

                                      s/ Timothy J. Sostrin